UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUCHUN GOODWIN,<br><br>Plaintiff,<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION, et al.,<br><br>Defendants. | Case No. 1:25-cv-00430-KES-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CASE |

Plaintiff Duchun Goodwin, who is proceeding pro se and in forma pauperis, commenced this action on April 14, 2025. Doc. 1. On May 22, 2025, the assigned magistrate judge screened the complaint, found that it failed to state a claim, and afforded plaintiff thirty days to file an amended complaint. Doc. 4. Plaintiff failed to file an amended complaint or otherwise respond by the deadline, and on June 30, 2025, the assigned magistrate judge issued findings and recommendations recommending that this matter be dismissed with prejudice for failure to state a claim, failure to prosecute, and failure to comply with a court order. Doc. 6. That order informed plaintiff that he had fourteen days within which to file objections to the findings and recommendations. *Id.* Plaintiff did not file objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations, Doc. 6, filed June 30, 2025, are ADOPTED in full.

2. This matter is DISMISSED with prejudice.

IT IS SO ORDERED.

Dated: July 22, 2025

_____
UNITED STATES DISTRICT JUDGE

2